No. 81–5713. CORTEZ, AKA CORTEZ-ESPINOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5721. MCCLENDON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–5746. YAZZIE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–5771. WINTERS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–5774. VASQUEZ-GONZALES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5775. JILES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–5776. ANTONELLI *v.* OLD REPUBLIC INSURANCE Co. C. A. 7th Cir. Certiorari denied.

No. 81–5778. KELLY *v.* OKLAHOMA PARDON AND PAROLE BOARD ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 81–5781. BENNETT *v.* FORD MOTOR Co. C. A. 6th Cir. Certiorari denied.

No. 81–5782. CHICCO *v.* PECK ET AL. C. A. 1st Cir. Certiorari denied.

No. 81–5785. MCINTYRE *v.* MORRIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 81–5791. AMIR *v.* SACRED HEART HOSPITAL. C. A. 3d Cir. Certiorari denied.